UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**CLAUDELL HODGES,**

    **Plaintiff,**

v.                              No. 2:17 – CV- 00960 GJF/KRS

**GEICO INSURANCE,**

    **Defendant.**

## NOTICE OF SETTLEMENT

Defendant, GEICO Insurance, by and through its counsel of record, Chapman and Priest, P.C., (Stephen M. Simone), hereby files this Notice of Settlement and would respectfully show as follows.

Defendant hereby notifies the Court that all matters in controversy have been fully and finally settled. Defendant shall prepare the final settlement documents to be executed by the Parties. The Parties contemplate that all documents shall be exchanged and funds tendered within thirty (30) days. As this represents a final settlement, the Parties will submit the appropriate documents within thirty (30) days or sooner if directed by the Court, to effectuate a dismissal with prejudice.

Respectfully submitted,

**CHAPMAN AND PRIEST, P.C**.

/s/ Stephen M. Simone
Stephen M. Simone
P.O. Box 92438
Albuquerque, NM  87199
Tel: (505) 242-6000
stephensimone@cclawnm.com
*Attorney for GEICO*

I HEREBY CERTIFY that on the 22nd day of November, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Tibo J. Chavez, Jr.
Tibo J. Chavez Law Firm
P.O. Box 569
Belen, New Mexico 87002
tchavezlaw@gmail.com

Daniel W. Lewis
Allen, Shepherd, Lewis & Syra, P.A.
P.O. Box 94750
Albuquerque, New Mexico  87199-4750
dlewis@allenlawnm.com

/s/ Stephen M. Simone
Stephen M. SImone