UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**CLAUDELL HODGES,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　No. 2:17 – CV- 00960 JCH/KRS

**GEICO INSURANCE,**

    **Defendant.**

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER HAVING COME** before the Court on the parties' Joint Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiff's Complaint and all claims that were or could have been alleged therein.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint and all causes of action that were or could have been alleged therein in the above-captioned matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

                                      _/s/ Judith C. Herrera_
                               THE HONORABLE JUDITH C. HERRERA
                               UNITED STATES DISTRICT COURT JUDGE

Approved:


**CHAPMAN AND PRIEST, P.C.**

/s/ Stephen M. SImone
Stephen M. Simone
P.O. Box 92438
Albuquerque, NM  87199
505-242-6000
stephensimone@cclawnm.com

**ALLEN, SHEPHERD, LEWIS & SYRA, P.A.**

Approved via email 12/11/17
Daniel W. Lewis
P.O. Box 94750
Albuquerque, New Mexico 87199-4750
dlewis@allenlawnm.com

*Attorneys for Defendant GEICO*


**TIBO J. CHAVEZ LAW FIRM**

Telephonically approved 12/14/17
Tibo J. Chavez, Jr.
P.O. Box 569
Belen, New Mexico 87002
tchavezlaw@gmail.com
*Attorney for Plaintiff*